**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

MARIA VENEGAS-HERNANDEZ, ET AL.,

    Plaintiffs,

        v.

SONOLUX,

    Defendant.

Civil No. 01-2187(PG)

**ORDER**

On December 9, 2005, the Court granted plaintiffs' "Motion for Judgment of Actual Damages and Profits, or in the Alternative, to Increase Statutory Damages" (Docket No. 113). (See Minute Entry, Docket No. 114.) Judgment was entered in favor of plaintiffs on December 16, 2005 in the amount of $300,000.00 pursuant to 35 U.S.C. sec. 504(c)(2). (Docket No. 117.)

On December 30, 2005, plaintiffs filed a "Motion for Attorney Fees and Costs" with accompanying time sheets and listing of the hours and costs incurred. (Docket No. 118.) To date, plaintiffs' motion stands unopposed.

Pursuant to the Copyright Act, 17 U.S.C. § 505, the prevailing party is entitled to an award of attorneys fees and costs. Plaintiffs request an award totaling $76,783.58. When compared to the award of $300,000.00 in statutory damages for defendant's willful copyright infringement and substantial profits unlawfully gained, the requested sum does not appear unreasonable.

Having plaintiffs prevailed in their claims of infringement and having reviewed plaintiffs' unopposed motion, the Court **GRANTS** plaintiffs' motion for attorneys fees and costs as requested.

    **IT IS SO ORDERED**.

In San Juan, Puerto Rico, April 5, 2006.

                                        S/ JUAN M. PEREZ-GIMENEZ
                                        U. S. DISTRICT JUDGE